# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA )

v. )  Criminal Action No. 26-71-UNA

LUQMAAN KHAN )

Defendant. )

REDACTED

FILED
APR 1 6 2026
US DISTRICT COURT
DISTRICT OF DELAWARE

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### Count One

(Possession of a Machinegun)

On or about November 25, 2025, in the District of Delaware, **LUQMAAN KHAN**, defendant herein, did knowingly possess a machinegun, that is, a Glock 19 Gen 5, 9 millimeter firearm, Serial Number CDKC462, equipped with an auto-sear and extended magazine, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

///

## Notice of Forfeiture

Upon conviction for the offense alleged in Count One of this Indictment, the defendant, **LUQMAAN KHAN**, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any and all firearms and ammunition involved in the commission of the offense. The property to be forfeited includes, but is not limited to, a Glock 19 Gen 5, 9mm firearm, Serial Number CDKC462, equipped with an auto-sear and extended magazine.

A TRUE BILL:

on

Benjamin L. Wallace
United States Attorney

By: _____

Kevin P. Pierce
Samuel S. Frey
Assistant United States Attorneys

Dated: 4|16|26

No. CR 26-71-UNA

---

## UNITED STATES DISTRICT COURT

District of Delaware

---

### THE UNITED STATES OF AMERICA

vs.

### LUQMAAN KHAN

---

### INDICTMENT

---

A true bill.

_____ Foreperson

Filed in open court this _16th_ day,

of _April_ 2026

_____

Clerk