## DEFENDANT INFORMATION SHEET

*CR 26-71-UNA*

| | | | | |
|---|---|---|---|---|
| **TO:** Clerk, U.S. District Court | **X** | Felony | | Class A Misdemeanor |
| **DEFENDANT:** Luqmaan Khan | **X** | Indictment | | Information |

**DOB (Year Only)** 2000    **COUNTY OF OFFENSE:** New Castle

| **OFFENSE(S) & CITATION(S):** | **MAXIMUM PENALTY:** |
|---|---|
| Counts 1- Possession of a Machinegun, Title 18, United States Code, Sections 922(o) and 924(a)(2). | Maximum Incarceration: 10 years' incarceration<br>Maximum Fine: $250,000<br>Maximum Supervised Release: 3 years<br>Special Assessment: $100 |
| | |
| | FILED<br>APR 16 2026<br>US DISTRICT COURT<br>DISTRICT OF DELAWARE |
| | |

## INSTRUCTIONS

| | Order to Produce for Arraignment on: | at 1:00 p.m. |
|---|---|---|
| | Issue Arrest Warrant upon signing of Order | |
| **X** | Issue Summons for Initial Appearance on: | at |
| | Interpreter Needed       Language | |

## DEFENDANT INFORMATION

Defendant's Address:    Philadelphia FDC

City:    Newark    County:    New Castle    State:    DE    Zip:

Date of Arrest:    Date of 1st Appearance in this District

Bail Set:    Date Made:    Remains in Federal Custody

*/s/ Kevin P. Pierce*
Assistant United States Attorney